**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

ROBERT SIMPSON,                                         3:10-CV-06399-BR

       **Plaintiff,**                                 **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

       **Defendant.**

**BROWN, Judge.**

    Based on the Court's Opinion and Order (#$^{14}$) issued

April 17, 2012, the Court hereby **REMANDS** this matter to the above

administrative agency for further administrative proceedings.

    DATED this 17th day of April, 2012.

                       /s/ Anna J. Brown

                       _____
                       ANNA J. BROWN
                       United States District Judge

1 - JUDGMENT OF REMAND